

# Fourth Court of Appeals
## San Antonio, Texas

November 24, 2014

No. 04-14-00656-CV

**IN RE FAMILY DOLLAR STORES OF TEXAS, LLC,**
A Texas Limited Liability Company

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
                  Rebeca C. Martinez, Justice
                  Luz Elena D. Chapa, Justice

On September 18, 2014, relator filed a petition for writ of mandamus and motion for emergency temporary relief. By order dated September 22, 2014, this court granted a temporary stay of the October 6, 2014, trial setting, and set a deadline for the real party in interest to file a response by October 6, 2014. By order dated September 24, 2014, this court denied the real party in interest's motion to reconsider, but our order expressly stated that the parties were not precluded from participating in mediation of the underlying dispute.

On October 6, 2014, the real party in interest filed a response, noting that the parties have entered into a Rule 11 agreement relating to mediation and all pending litigation matters. The parties have agreed to mediate on November 20, 2014, and the parties have agreed to abate all pending litigation matters until December 4, 2014.

Based on the parties' Rule 11 agreement, this original proceeding is ABATED pending further order of this court. The relator is ORDERED to file a status report informing the court of the parties' status with regard to this matter no later than December 5, 2014.

It is so **ORDERED** on November 24th, 2014.          PER CURIAM

ATTESTED TO: _____
                      Keith E. Hottle
                      Clerk of Court

---

[1] This proceeding arises out of Cause No. 391473, styled *2444 Babcock, Ltd., a Texas Limited Partnership v. Family Dollar Stores of Texas, LLC, a Texas Limited Liability Company*, pending in the County Court at Law No. 3, Bexar County, Texas, the Honorable David J. Rodriguez presiding.